STATE *versus* BENJAMIN F. BARTLETT *& al.*

Parties to the crime of adultery may be indicted jointly.

INDICTMENT. — ON EXCEPTIONS.

APPLETON, C. J. — The defendants are jointly indicted for the crime of adultery. They demur to the indictment for that cause. The law is well settled that the parties to this crime may be jointly indicted. *Com.* v. *Elwell & al.* 2 Met., 190.    *Demurrer overruled.*

KENT, WALTON, DICKERSON, BARROWS and DANFORTH, JJ., concurred.